**EXHIBIT "B"**

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| BIANCA JOHNSON, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    CIVIL ACTION FILE NO. ) |
| GREYSTAR REAL ESTATE PARTNERS, LLC; GS PEACHTREE PROJECT OWNER, LLC; BEHRINGER HARVARD PEACHTREE PROJECT OWNER, LLC; AND JOHN DOES 1-3, | )    22-C-00305-S4 ) ) ) ) ) ) |
|     Defendants. | ) |

### NOTICE OF FILING OF NOTICE OF REMOVAL IN FEDERAL COURT

COMES NOW GREP Southeast, LLC, improperly named as Greystar Real Estate Partners, LLC, GS Peachtree Project Owner, LLC ("Owner" entity), and Behringer Harvard Peachtree Project Owner, improperly named in this action as it is the former name of the Owner entity, Defendants in the above-styled civil action, and pursuant to 28 USC § 1446(d), hereby gives notice that it has filed with respect to the above-styled action a Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division.  A copy of said Notice of Removal is attached hereto as Exhibit "A."

Respectfully submitted this the 18th day of February, 2022.

**HALL BOOTH SMITH, P.C.**

*/s/ Don B. Brown*
Don B. Brown
Georgia Bar No. 496667
W. Dowdy White
Georgia Bar No. 320879

191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
(404) 954-5000
(404) 954-5020 (Fax)
dbrown@hallboothsmith.com
dwhite@hallboothsmith.com

*Counsel for Defendants GREP Southeast, LLC, GS Peachtree Project Owner, LLC, And Behringer Harvard Peachtree Project Owner, LLC*

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BIANCA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | |
| GREYSTAR REAL ESTATE ) | 22-C-00305-S4 |
| PARTNERS, LLC; GS PEACHTREE ) | |
| PROJECT OWNER, LLC; BEHRINGER ) | |
| HARVARD PEACHTREE PROJECT ) | |
| OWNER, LLC; AND JOHN DOES 1-3, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the within and foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL IN FEDERAL COURT** upon the following through the Odyssey e-filing system and/or via U.S. First Class Mail and/or Statutory Electronic Service pursuant to O.C.G.A. § 9-11-5(b) to the following recipients:

Eric L. Jensen
Allen Hoffman
Riley B. Liu
Jessica Burkhart
JENSEN LAW, LLC
6111 Peachtree Dunwoody Road
Building G, Suite 201
Atlanta, Georgia 30328
ejensen@eljlegal.com
ahoffman@eljlegal.com
rliu@eljlegal.com
jburkhart@eljlegal.com

[Signatures on Next Page]

2

This 18th day of February, 2022.

                                    **HALL BOOTH SMITH, P.C.**

                                    */s/ Don B. Brown*

191 Peachtree Street NE            Don B. Brown
Suite 2900                            Georgia Bar No. 496667
Atlanta, GA 30303                W. Dowdy White
(404) 954-5000                    Georgia Bar No. 320879
(404) 954-5020 (Fax)
dbrown@hallboothsmith.com     *Counsel for Defendants GREP Southeast,*
dwhite@hallboothsmith.com      *LLC, GS Peachtree Project Owner, LLC,*
                                    *And Behringer Harvard Peachtree Project*
                                    *Owner, LLC*