IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BIANCA JOHNSON,

     Plaintiff,

vs.

CAFN: 1:22-CV-00697-TWT

GREP SOUTHEAST, LLC,
VALET LIVING, LLC,
and JOHN DOES 1-3,

     Defendants.

## DEFENDANT VALET LIVING, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Valet Living, LLC (hereinafter "this Defendant"), Defendant in the above-styled action, and file its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1. The undersigned counsel of record for a party to this action certified that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a. Bianca Johnson

    b.  GREP Southeast, LLC

    c.  Valet Living, LLC

    d.  Valet Waste Holdings, Inc.

2.  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a.  Bianca Johnson

    b.  Jensen Law, LLC

    c.  GREP Southeast, LLC

    d.  Valet Living, LLC

    e.  Starr Indemnity & Liability Company

    f.  Valet Waste Holdings, Inc.

3.  The undersigned further certifies that the following is a full and complete list of all persons serving as attorney for the parties in this proceeding:

    a.  Allen Hoffman – Attorney for Plaintiff

    b.  Eric L. Jensen – Attorney for Plaintiff

    c.  Riley B. Liu – Attorney for Plaintiff

    d.  Jessica Burkhart – Attorney for Plaintiff

    e.  Don B. Brown – Attorney for GREP Southeast, LLC.

f.  W. Dowdy White – Attorney for GREP Southeast, LLC

g.  Susan J. Levy – Attorney for Defendant Valet Living, LLC

h.  Daimon L. Carter - Attorney for Defendant Valet Living, LLC

This 25th day of October, 2022.

LEVY PRUETT CULLEN

*/s/ Susan J. Levy*
SUSAN J. LEVY
Georgia Bar Number: 004310
DAIMON L. CARTER
Georgia Bar Number: 365053
*Attorneys for Defendant Valet Living, LLC*

LEVY PRUETT CULLEN
125 Clairemont Avenue
Two Decatur TownCenter, Suite 410
Decatur, Georgia 30030
Telephone: 404-371-8857
Facsimile: 404-371-8882
Susan@levypruettcullen.com
Daimon@levypruettcullen.com

## <u>CERTIFICATE OF COMPLIANCE</u>

The foregoing ***Defendant Valet Living, LLC's Certificate of Interested Persons and Corporate Disclosure Statement*** document is double spaced in 14-point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 5.1.

This 25th day of October, 2022.

LEVY PRUETT CULLEN

*/s/ Susan J. Levy*
SUSAN J. LEVY
Georgia Bar Number: 004310
DAIMON L. CARTER
Georgia Bar Number: 365053
*Attorneys for Defendant Valet Living, LLC*

LEVY PRUETT CULLEN
125 Clairemont Avenue
Two Decatur TownCenter, Suite 410
Decatur, Georgia 30030
Telephone: 404-371-8857
Facsimile: 404-371-8882
Susan@levypruettcullen.com
Daimon@levypruettcullen.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served the foregoing ***Defendant Valet Living, LLC's Certificate of Interested Persons and Corporate Disclosure Statement*** via the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Eric L. Jensen
Allen M. Hoffman, Jr.
Jessica Burkhart
Jensen Law, LLC
Rile Bowden Liu
6111 Peachtree Dunwoody Road
Building G-Suite 201
Atlanta, GA  0328
ejensen@eljlegal.com
ahoffman@eljlegal.com
jkeirlaw@gmail.com
rliu@eljlegal.com
*Attorneys for Plaintiff*

Don D. Brown
W. Dowdy White
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE
Suite 2900
Atlanta, GA  30303
dbrown@hallboothsmith.com
dwhite@hallboothsmith.com
*Attorneys for Defendant GREP Southeast, LLC*

This 25th day of October, 2022.

/s/ Susan J. Levy
SUSAN J. LEVY
Georgia Bar Number: 004310
DAIMON L. CARTER
Georgia Bar Number: 365053
*Attorneys for Defendant Valet Living, LLC*

LEVY PRUETT CULLEN
125 Clairemont Avenue
Two Decatur TownCenter, Suite 410
Decatur, Georgia 30030
Telephone: 404-371-8857
Facsimile: 404-371-8882
Susan@levypruettcullen.com
Daimon@levypruettcullen.com